MINUTE ENTRY
JUNE 25, 2018
WILKINSON, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     CRIMINAL ACTION

VERSUS     NO. 18-118

WAYNE ANDREWS     SECTION: F

INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT WITH/WITHOUT COUNSEL  Patrick A. Giraud (retained)
2300 Pakenham Dr., Chalmette, LA 70043
X  ASSISTANT U.S. ATTORNEY   MARY CARRAWAY, GREGORY KENNEDY
___ INTERPRETER _____
Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
    READ  *WAIVED*  SUMMARIZED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 07

✓/ BAIL SET AT $100,000.00 unsecured appearance bond. See attached for additional conditions of release

_____

_____

_____

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

✗/ DEFENDANT RELEASED ON BOND

✗/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR ___held___

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

[signature]

DEFENDANT'S NAME: <u>WAYNE ANDREWS</u>   CASE NO. <u>18-118 F</u>

## ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [✓] submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>
- [ ] continue to actively seeking employment
- [✓] surrender any passport to <u>USPO</u>
- [✓] not obtain a passport or other international travel document
- [✓] abide by the following restrictions: Continental U.S. ____ EDLA [✓] LA ____
  Other <u>Northern District of California for court purposes only w/ allowance to the continental U.S. with prior approval of USPO.</u>
- [✓] avoid all contact with victim/witness [✓] co-defendants [✓]
  Other _____
- [ ] medical or psychiatric treatment if directed by Pretrial Services
- [ ] not possess firearm, destructive device or other weapon
- [ ] not use alcohol: at all ____ excessively ____
- [ ] not use or unlawfully possess narcotic drug/controlled substances
- [ ] submit to testing for a prohibited substance if required by Pretrial Services
- [ ] participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services
- [ ] participate in location restriction program: ____ (i) Curfew
  ____ (ii) Home Detention
  ____ (iii) Home Incarceration
- [ ] submit to location monitoring as directed by Pretrial Services
- [✓] report every contact with law enforcement personnel to Pretrial Services
- [ ] Other(s): _____