MINUTE ENTRY
WILKINSON, M.J.
JUNE    , 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL

VERSUS                                  NO. 18-118

WAYNE ANDREWS                           SECTION F

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT  Patrick A. Girard
             X  ASSISTANT U.S. ATTORNEY  MARY CARRAWAY, GREGORY KENNEDY
             __ INTERPRETER _____  SWORN
                (TIME:         .M to        .M)

X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **AUGUST 9, 2018 AT 10:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE MARTIN L.C. FELDMAN**

X / TRIAL: **AUGUST 27, 2018 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE MARTIN L.C. FELDMAN**

MJSTAR: 00: 05