UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| VS | NO: 053L 2:18CR00118-004 |
| **Wayne Andrews** | SECTION: F |

## MOTION AND ORDER CONTINUING SENTENCE

Now comes Tamika M. Jackson, United States Probation Officer, and moves the Court for an order continuing the sentence in the above matter, which is set for August 14, 2019. A continuance will allow time for the parties to review the presentence report and file any necessary objections. Neither the defense counsel nor the Assistant United States Attorney have any objections to this continuance. Therefore, the probation officer moves the Court to continue sentencing for 45 days.

Tamika M. Jackson
U.S. Probation Officer

**ORDER**

Considering the foregoing, it is ordered that the sentencing presently set for August 14, 2019, be continued to October 2, 2019, at 1:30 PM.
New Orleans, Louisiana, this 7th day of August 2019

Martin L.C. Feldman
District Judge